Mitchell Lee SUMPTER, a/k/a Mitchell Lee Truman Sumpter, a/k/a Mitchell L. Sumpter, a/k/a Mitchell Sumpter, Plaintiff–Appellant,

v.

A. Lane CRIBB, Sheriff of Georgetown County, All in their individual capacity and official capacity; Michael A. Schwartz, Chief Administrator, All in their individual capacity and official capacity; Major Morton, All in their individual capacity and official capacity; CAPT. Wineglass, All in their individual capacity and official capacity; LT. Anderson, All in their individual capacity and official capacity; SGT. Harrison, All in their individual capacity and official capacity; Chaplain Williams, All in their individual capacity and official capacity; Food Supervisor Walker, All in their individual capacity and official capacity; SGT. Wragg, All in their individual capacity and official capacity; SGT. Harris, All in their individual capacity and official capacity; SGT. Dryer, All in their individual capacity and official capacity; SGT. Williams, All in their individual capacity and official capacity; Officer Poincet, All in their individual capacity and official capacity; Officer Manor, All in their individual capacity and official capacity; Officer Gibbs, All in their individual capacity and official capacity; Officer Oliver, All in their individual capacity and official capacity; Officer Perez, All in their individual capacity and official capacity; Officer Robinson, All in their individual capacity and official capacity; Officer Matthews, All in their individual capacity and official capacity; Officer Washinton,

All in their individual capacity and official capacity; Sergeant Teeter, All in their individual capacity and official capacity; Mr. Martin, Maintenance, All in their individual capacity and official capacity; LT. Clarey, All in their individual capacity and official capacity, Defendants–Appellees,

and

Georgetown County Detention Center, All in their individual capacity and official capacity; Southern Health Partners, All in their individual capacity and individual capacity; Nurse Connie, a/k/a Constance Reichard, All in their individual capacity and official capacity; Nurse Dorean, a/k/a Doreen McLean, All in their individual capacity and official capacity; Dr. Reeves, a/k/a Thomas Rives, All in their individual capacity and official capacity; All Maintenance Staff, All in their individual capacity and official capacity; All lieutenants, All in their individual capacity and official capacity; All sergeants, All in their individual capacity and official capacity; All corporals, All in their individual capacity and official capacity; All officers, All in their individual capacity and official capacity, Defendants.

No. 15–7753.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2016.

Decided: April 1, 2016.

Mitchell Lee Sumpter, Appellant Pro Se. David Cornwell Holler, Lee Erter Wilson Holler & Smith, LLC, Sumter, South Carolina, for Appellees.

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mitchell Lee Sumpter appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sumpter v. Cribb*, No. 8:14–cv–00180–MGL (D.S.C. Sept. 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*